# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 5:20-cv-01795-SL |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **CHICK-FIL-A, INC.,** | |
| Defendant. | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Symbology Innovations LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully show the Court as follows:

All matters in controversy between Plaintiff and Defendant Chick-fil-A, Inc. have been settled in principle.  The parties are in the process of memorializing the terms of a written settlement agreement.  The parties anticipate that they will be able to perfect such terms within sixty (60) days.  Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the Parties, including all deadlines, until January 15, 2021.

Good cause exists for granting this Unopposed Motion, as set forth above.  The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here.  Defendant indicated that it was not opposed to the relief sought herein.

Dated: November 16, 2020					Respectfully submitted,

							SAND, SEBOLT & WERNOW CO., LPA

							*/s/ Andrew S. Curfman*
							Andrew S. Curfman (SBN 0090997)
							Aegis Tower – Suite 1100
							4940 Munson Street NW
							Canton, Ohio 44718
							Phone: 330-244-1174
							Fax: 330-244-1173
							andrew.curfman@sswip.com

							ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 16, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

							*/s/ Andrew S. Curfman*
							Andrew S. Curfman