# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC, | ) | CASE NO. 5:20-cv-1795 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHICK-FIL-A, INC., | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

Plaintiff has filed a notice of settlement advising the Court that this matter has been resolved in principle and the parties expect to memorialize the terms of their agreement by January 15, 2021. (*See* Doc. No. 10.) All releases, agreements, or entries necessary to effectuate the settlement shall be executed by the parties. A final agreed dismissal entry, approved by counsel for all parties, shall be filed on or before January 15, 2021. This case is hereby closed.

**IT IS SO ORDERED**.

Dated: November 18, 2020

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**