**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CHICK-FIL-A, INC.,**<br><br>　　　　Defendant. | Civil Action No.: 5:20-cv-01795-SL<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Chick-fil-A, Inc. in the within action WITH PREJUDICE.  Chick-fil-A, Inc. has not served an answer or a motion for summary judgment.

Counsel for Defendant has reviewed and approved this dismissal.

| | |
|---|---|
| Dated: January 15, 2021 | Respectfully submitted,<br><br>SAND, SEBOLT & WERNOW CO., LPA<br><br>*/s/ Andrew S. Curfman*<br>Andrew S. Curfman (SBN 0090997)<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Phone: 330-244-1174<br>Fax: 330-244-1173<br>andrew.curfman@sswip.com<br><br>ATTORNEY FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 15, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                    */s/ Andrew S. Curfman*
                                    Andrew S. Curfman